RASSE WHOLESALE GROCER COMPANY, APPELLEE, v. JAMES L. ASHENFELTER, APPELLANT.

FILED DECEMBER 11, 1931. No. 27960.

*Loren H. Laughlin,* for appellant.

*Mockett & Finkelstein* and *S. D. Killen, contra.*

Heard before ROSE, GOOD and DAY, JJ., and CHAPPELL and LANDIS, District Judges.

PER CURIAM.

Plaintiff recovered judgment against defendant in the district court for Gage county on an account for goods sold and delivered. Defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.